NIKI OKCU, State Bar No. 229345
Niki.Okcu@att.com
AT&T SERVICES, INC. – LEGAL DEPT.
430 Bush Street, 1st Floor
San Francisco, California 94108
Phone: 925.543.1545/Fax: 925.867.3869

Attorneys for Third-Party Defendant
AT&T CORP.

# IN UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>JAMAL HAMAD, individually and d/b/a SAHARA HOOKAH LOUNGE,<br><br>Defendant.<br><br>JAMAL AHMAD,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>AT&T CORP.,<br><br>Third-Party Defendant. | No. 2:14-cv-02728 JAM KJN (TEMP)<br><br>**STIPULATION AND ORDER RE CONSENT TO EARLY SETTLEMENT CONFERNCE AND NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270(b)** |

It is hereby requested by Plaintiff J&J Sports Production, Inc., Defendant Jamal Ahmad, and Third Party Defendant AT&T Corp. (collectively the "Parties"), that this matter be set for an early settlement conference before Magistrate Judge Kendall J. Newman – who is the assigned Magistrate Judge in this action. The parties hereby waive any claim of disqualification of Judge Newman on that basis thereafter, including any disqualification of Judge Newman to hear any or further discovery motion(s).

-1-

675769

| | | |
|---|---|---|
| 1 | Date: March 15, 2016 | THE LAW OFFICES OF THOMAS P. RILEY |
| 4 | | By: ____/s/ Thomas P. Riley_____ |
| 5 | | Thomas P. Riley |
| | | Attorneys for Plaintiff J&J Sports Productions, Inc. |
| 7 | Date: March 14, 2016 | THE LAW OFFICES OF MATTHEW A. PARE |
| 10 | | By: ____/s/ Matthew Pare_____ |
| 11 | | Matthew Pare |
| | | Attorneys for Defendant Jamal Ahmad |

I hereby attest that I obtained concurrence in the filing and submission of this document from each of the other signatories on this e-filed document.

| | | |
|---|---|---|
| Date: March 15, 2016 | | AT&T SERVICES, INC. – LEGAL DEPT. |
| | | By: ____/s/ Niki Okcu_____ |
| | | Niki Okcu |
| | | Attorneys for Defendant AT&T Corp. |

675769

-2-

ORDER

Pursuant to the Parties' stipulation and waivers of disqualification set forth above, the parties shall contact Matt Caspar, Courtroom Deputy to the undersigned, at 916-930-4187 to arrange an early settlement conference.

IT IS SO ORDERED.

Dated: March 17, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/j&j2728.stip.set.conf.