Matthew A. Paré, Esq., California State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE, APC**
823 Anchorage Place, Suite 101
Chula Vista, CA 91914
Phone: (619) 869-4999
Fax: (619) 754-4581
e-mail: mattparelawca@gmail.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.: 2:14-cv-02728-JAM-KJN |
| Plaintiff, | **STIPULATION OF DISMISSAL OF THIRD-PARTY PLAINTIFF'S COMPLAINT AGAINST AT&T CORP.; AND ORDER** |
| vs. | |
| JAMAL HAMAD, individually and d/b/a SAHARA HOOKAH LOUNGE | |
| Defendant. | |
| _____ | |
| JAMAL AHMAD, | |
| Third-Party Plaintiff, | |
| vs. | |
| AT&T CORP., | |
| Third-Party Defendant. | |
| _____ | |

IT IS HEREBY STIPULATED by and between third-party plaintiff Jamal Ahmad and third-party defendant AT&T Corp. that the above-entitled action is hereby dismissed with prejudice against AT&T Corp.

/ / /

/ / /

---

*Stipulation of Dismissal*   1

1  This dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party
2  referenced-above shall bear its own attorney's fees and costs.
3  Respectfully submitted.
4  Dated:: June 6, 2016          LAW OFFICE OF MATTHEW PARE, APC
5
6                                By:  /s/ Matthew A. Paré
                                 _____
7                                Matthew A. Paré, Esquire Counsel for Third-Party
                                 Plaintiff
8
9
10 Dated: June 6, 2016           AT&T SERVICES, INC. – LEGAL DEPT.
11
12                               By:  /s/ Niki Okcu
                                 _____
13                               Niki Okcu, Esquire Counsel for Third-Party
                                 Defendant
14
15                               **ORDER**
16
17 Pursuant to Stipulation, **IT IS SO ORDERED**.
18
   Dated: <u>6/6/2016</u>         <u>/s/ John A. Mendez</u>
19                                Honorable John A. Mendez
                                  United States District Court Judge
20
21
22
23
24
25
26
27

*Stipulation of Dismissal*                                              2