Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Jamal Hamad, <br><br> Defendant. | CASE NO. 2:14-cv-02728-JAM-KJN <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JAMAL HAMAD, INDIVIDUALLY AND D/B/A SAHARA HOOKAH LOUNGE |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant JAMAL HAMAD, INDIVIDUALLY AND D/B/A SAHARA HOOKAH LOUNGE, that the above-entitled defendant is hereby dismissed **without prejudice** and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by July 24, 2016, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 7/8/16        */s/ Thomas P. Riley*
                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                    By: Thomas P. Riley
                    Attorneys for Plaintiff
                    J & J SPORTS PRODUCTIONS, INC.

Dated: 7/8/16        */s/ Matthew A. Pare*
                    **LAW OFFICES OF MATTHEW A. PARE, APC**
                    By: Matthew A. Pare, Esquire
                    Attorneys for Defendant
                    JAMAL HAMAD, individually
                    and d/b/a SAHARAH HOOKAH LOUNGE

**IT IS SO ORDERED**:

/s/ John A. Mendez                           Dated: July 11, 2016
**The Honorable John A. Mendez**
**United States District Court**
**Eastern District of California**

*///*

**STIPULATION OF DISMISSAL**
**Case No. 2:14-cv-02728-JAM-KJN**
**PAGE 2**